# ISCANDARI & ASSOCIATES

7901 OAKPORT STREET, SUITE 4900
OAKLAND, CALIFORNIA. 94621

Email: aiscandari@aol.com

Telephone: 510-615-6000
Facsimile:  510-615-6025

6/30/2010

The Hon Judge Chen
USDC San Francisco CA

Re: **C10-0866 EMC  Casas v. US Government**

Dear Judge Chen,

My office represents the above named plaintiff in the motion filed in your courtroom. The purpose of this letter is to request an extension of time to file a formal complaint. I have been diagnosed with carcinoma of the neck and have been undergoing treatment with chemotherapy and Radiation therapy. I am constantly sick and unable to respond to my e-mails. I would like to have an extension through October 15 2010, which is when I expect to be back at work on a full time basis if the present treatment holds its course.

Your cooperation is greatly appreciated.
Best Regards,
Iscandari & Associates

M. Alieu Iscandari Esq.


IT IS SO ORDERED that plaintiff shall have until 10/15/10 to file it's formal complaint.

Edward M. Chen
U.S. Magistrate Judge

