

**Re: C10-0866 EMC Casas v. US Government**
aiscandari  to: Betty_P_Lee                          10/19/2010 12:30 PM

From:     aiscandari@aol.com
To:       Betty_P_Lee@cand.uscourts.gov

hello Ms. Lee.
I just finished a radical modified neck dissection surgery last week and I am recuperating. I would like to request another extension of time to to file a complaint in this case. I received notice that there was a message for me on the case. When I accessed the courts site I was informed that I did not have access to the case. I can be reached at 240 515 6316. My Dr has given me until February 2011 to be off work.

Berst Regards

Alieu Iscandari Esq.


IT IS SO ORDERED that plaintiff shall have until 3/15/2011 to file a complaint.



Edward M. Chen
U.S. Magistrate Judge