

Re: C10-0866 EMC Casas v. US Government
aiscandari   to: Betty_P_Lee                                      03/15/2011 11:08 PM

From:      aiscandari@aol.com
To:        Betty_P_Lee@cand.uscourts.gov
History:   This message has been replied to.

Ms. Lee prior to going out on medical leave of absence last year, the court allowed me until March 15 to file an amended complaint in this matter. I am requesting another extension of time for a short period because I have only just started working this week on a reduced schedule as per my doctors advise. The extension I request is for two weeks.

IT IS SO ORDERED that Petitioner shall have until 3/31/11 to file a complaint.

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen