IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO ORTEGA CASAS, | No. C 10-00866 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| UNITED STATES, | |
| Respondent. | |

The Court has granted respondent's motion to dismiss the habeas petition. Judgment is hereby entered in favor of respondent.

**IT IS SO ADJUDGED.**

Dated: July 12, 2011

SUSAN ILLSTON
United States District Judge